1 LAWRENCE J. GORNICK, ESQ. (SBN 136290)
2 DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
3 **LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
4 San Francisco, California 94104
Telephone   (415) 646-7160
5 Facsimile    (415) 981-1270

6 Attorneys for Plaintiff

7

8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

11
| | |
|---|---|
| YVONNE SIMMONS, | Case No. C 06 0685 MHP |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | **HON. MARILYN HALL PATEL** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: May 1, 2006                    **LEVIN SIMES KAISER & GORNICK LLP**

_____
Dennis J. Canty
Attorneys for Plaintiff

*IT IS SO ORDERED*
Judge Marilyn H. Patel

VOLUNTARY DISMISSAL                                                      PAGE 1